**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edgar L. Brown                         CHAPTER 13

                    <u>Debtor(s)</u>

                                       BKY. NO. 21-12531 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of USAA FEDERAL SAVINGS BANK and index same on the master mailing list.

                                 Respectfully submitted,

/s/ **Rebecca Solarz**

Rebecca Solarz
24 Sep 2021, 17:20:21, EDT

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322