```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


      IN RE:                    :     CHAPTER 13
                                :
      Edgar L. Brown             :     No. 21-12531-ELF
            Debtor              :
```

### ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

**ORDERED** that the Debtor is granted an extension of time of 14 days to **October 12, 2021,** by which date all required documents must be filed.


Date:   Sept. 28, 2021

_____
Eric L. Frank
United States Bankruptcy Judge

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire