IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : Chapter 13

Edgar L Brown                   : Case No. 21-12531-ELF
xxx-xx-8942

    Debtor

AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

    The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$250.00 BI-WEEKLY.

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

    Any prior wages orders are hereby terminated.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

DATED: 10/5/21

Make checks payable to:                David M. Offen Esq.
Kenneth E. West, Trustee               Suite 160 West, Curtis Ctr.
P.O. Box 1799                          Philadelphia, PA 19106
Memphis, TN  38101-1799                (215) 625-9600

United States Postal Service
Eagan Accounting Services
2825 Loan Oak Parkway
Eagan, MN 55121-9621