**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| Edgar L. Brown | : | **No.** 21-12531-ELF |
| **Debtor** | : | |

**ORDER**

AND NOW, this __28th__ day of __October__, 2021, it is hereby Ordered that the Wage Order in effect for Employer, Universal Protection Services, LLC in the above captioned matter be TERMINATED.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE