United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edgar L Brown  
    Debtor

Case No. 21-12531-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 12, 2022     Form ID: 155     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edgar L Brown, 8224 Buist Avenue, Philadelphia, PA 19153-1003 |
| 14636310 | | Eagle One Fcu, Po Box 13160, Philadelphia, PA 19101 |
| 14636313 | + | Keelin Brown, 8224 Buist Avenue, Philadelphia, PA 19153-1003 |
| 14636315 | + | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 14638904 | + | USAA FEDERAL SAVINGS BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14650854 | + | USAA FEDERAL SAVINGS BANK at. el, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14636318 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 14636319 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14639173 | + | USAA Federal Savings Bank, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14636320 | + | USSA Federal Saving Bank/Nationstar, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Ste B, Coppell, TX 75019-4620 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14647055 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 00:09:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14639105 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 13 2022 00:07:00 | NAVY FEDERAL CREDIT UNION, NAVY FEDERAL CREDIT UNION, MERRIFIELD, VA 22119-0001 |
| 14636314 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 13 2022 00:07:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14636316 | + | Email/Text: DeftBkr@santander.us | Jan 13 2022 00:07:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14636317 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:06 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14636777 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14636577 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14640206 | + | Email/Text: RASEBN@raslg.com | Jan 13 2022 00:07:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14636309 | | Eagle One Fcu |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 155 | Total Noticed: 18 |

| | | |
|---|---|---|
| 14636311 | * | Eagle One Fcu, Po Box 13160, Philadelphia, PA 19101 |
| 14636312 | * | Eagle One Fcu, Po Box 13160, Philadelphia, PA 19101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Edgar L Brown dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edgar L Brown
   Debtor(s)　　　　　　　　　　　　　　　　Chapter: 13

                      Bankruptcy No: 21−12531−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

  AND NOW, this 11th of January 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Eric L. Frank
                      Judge ,
                      United States Bankruptcy Court

                             39 − 15
                             Form 155