Certificate Number: 12433-PAE-DE-041169513

Bankruptcy Case Number: 21-12531



12433-PAE-DE-041169513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2026, at 10:56 o'clock AM EDT, Edgar L. Brown, III completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 6, 2026

By:   /s/Lisa Susoev

Name:   Lisa Susoev

Title:   Teacher